154 A.3d 679

ROCK OIL COMPANY, LLC, PLAINTIFF-RESPONDENT,
v. ASHRAF SHAKER, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002392-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.